Same case below, 429 Fed. Appx. 543.

**No. 11-6879. Anthony Steven Aguilar, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 597, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8238.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6880. Rodney Lavell Booker, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 597, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8102.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 639 F.3d 1115.

**No. 11-6883. Christopher Booker, Petitioner v. United States.**

565 U.S. 1044, 132 S. Ct. 597, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8177.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6892. Shon Jefferson, Petitioner v. United States.**

565 U.S. 1044, 132 S. Ct. 597, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8168.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 382.

**No. 11-6894. Oscar Rene Munoz, Petitioner v. United States.**

565 U.S. 1044, 132 S. Ct. 597, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8262.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 430 Fed. Appx. 495.

**No. 11-6900. Adan Gil Miranda, Petitioner v. United States.**

565 U.S. 1044, 132 S. Ct. 598, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8251.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 433 Fed. Appx. 866.

**No. 11-6902. Curtis Owens, Petitioner v. Kelly Van Cleave Harrington.**

565 U.S. 1044, 132 S. Ct. 598, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8108.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 980.

**No. 11-6906. Marco Dewayne Smith, Petitioner v. United States.**

565 U.S. 1044, 132 S. Ct. 598, 181 L. Ed. 2d 438, 2011 U.S. LEXIS 8182.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 413.